ministratrix, etc., of Elias Mitchell, deceased, against Pierre M. Many and Myra G. Radcker.

PER CURIAM. Order and judgment affirmed, with costs, without prejudice to the right of the defendant to make such application to the Special Term as to amending her answer as she may be advised.

SMITH, P. J., dissents.

---

M. M. FENNER CO., Respondent, v. McKAY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by the M. M. Fenner Company against Carrie E. McKay, as administratrix, etc., of John E. McKay, deceased, and others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

MERRELL, J., dissents. LAMBERT, J., not sitting.

---

MONTREAL ENGINEERING CO., Limited, Respondent, v. POST, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the Montreal Engineering Company, Limited, against Alfred H. Post. A. P. Massey, of New York City, for appellant. H. A. Stickney, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MORSE et al. v. KELSEY. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Charles A. Morse and another against Carolyn T. Kelsey. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1132.

---

MORTON-LANGE CONST. CO., Respondent, v. BOISSE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by the Morton-Lange Construction Company against Julia H. Boisse and another. No opinion. Judgment affirmed, with costs. See, also, 141 N. Y. Supp. 1132.

---

MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by William E. Mowbray against Harriet De Forest, as ancillary executrix, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 142 App. Div. 935, 127 N. Y. Supp. 1133.

---

MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by William E. Mowbray against Harriet De Forest, as ancillary executrix. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 142 App. Div. 935, 127 N. Y. Supp. 1133.

---

MULCAHY, Respondent, v. PURCELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Vincent Mulcahy, an infant, by Mary Mulcahy, his guardian ad litem, against Michael Purcell and another. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the communication to the jury of the information that there was an insurance company behind the defendants was improper and prejudicial.

---

MURPHY, Respondent, v. CHIEF PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Elizabeth C. Murphy against the Chief Publishing Company. C. E. Le Barbier, of New York City, for appellant. J. H. Buck, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MURPHY v. LYONS et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Julia Murphy against Delia Lyons and others, in which Edward W. Rider and Carrie Johnson appeal.

PER CURIAM. Judgment affirmed, with costs.

STAPLETON, J., not voting.

---

MYERS, Respondent, v. MYERS, Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) Action by Marie Gardenhire Myers against Walter Perry Myers. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 141 N. Y. Supp. 1133.

---

NATHAN, Respondent, v. GOLDSTONE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Aaron H. Nathan against Julius Goldstone and others. J. Rieger, of New York City, for appellants. I. Gainsburg, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

NATHAN v. UVALDE ASPHALT PAVING CO. (Supreme Court, Appellate Term, First Department. June 24, 1913.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Lemuel E. Nathan against the Uvalde Asphalt Paving Company. From a judgment of the Municipal Court of the City of New York, rendered in favor of the plaintiff, defendant appeals. Reversed, and new trial ordered, unless plaintiff stipulates to a modification of the judgment by reducing it to the sum of $134.90, in which event, judgment, as modified, affirmed. M. S. & I. S. Isaacs, of New York City (Lewis M. Isaacs, of New York City, of counsel), for appellant. Aaron Morris, of New York City, for respondent.

PER CURIAM. The question of contributory negligence and the negligence of the driver of defendant's steam roller was one of fact.